UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | 08 CR 10.02 MLW |
| | ) Criminal No. _____ |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| DOMINIQUE HINES | ) 18 U.S.C. § 922(g)(1) - |
| | ) Felon in Possession of |
| | ) Ammunition |
| | ) |
| | ) 18 U.S.C. § 924(d) and |
| | ) 28 U.S.C. § 2461(c)-- |
| | ) Criminal Forfeiture |
| | ) Allegation |

COUNT ONE:   (18 U.S.C. § 922(g)(1) -- Felon in Possession of Ammunition)

The Grand Jury charges that:

On or about December 26, 2007, at Boston, in the District of Massachusetts,

**DOMINIQUE HINES,**

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit: 9 rounds of .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count 1 of this Indictment,

**DOMINIQUE HINES,**

defendant herein, shall forfeit to the United States all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

    (a) 9 rounds of .22 caliber ammunition.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section

924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS									February 7, 2008

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

3:17

2/8/08