# BOSTON POLICE DEPARTMENT
## FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH

Close | Print | PREV | NEXT

**ROLE: Check whether:** Paroled ☐  Interrogated ☑  Observed ☑  Frisked ☑  Search ☐
**Terrorism:** YES ☐  NO ☑

| District | Date | Time |
|---|---|---|
| E13 | 02-23-2006 | 18:40 |

| Name (Last, First, Initial) |
|---|
| Hines, Dominic, |

| Address |
|---|
| 106 Heath St, #171 |

| Alias/Nickname | Location |
|---|---|
|  | 30 BICKFORD ST |

| Social Security # | Operator's License # | State |
|---|---|---|

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) |  | 17 | ■■■■ | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 6'00 | 150 |  | BROWN | BLACK | Yes ☐ No ☑ |

| Scars - Deformities - Peculiarities - Facial Hair |
|---|
|  |

| Describe Clothing |
|---|
| Blue Jeans, Black Coat, Red/White "P" Hat |

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|

| Search | Basis |
|---|---|
| Person ☐ Vehicle ☐ | PC ☐ RS ☐ CS ☐ |

| Reasons for Original Stop: |
|---|
| : |

| Reasons for Interrogation, Observation, Frisk or Search |
|---|
| INVESTIGATE, PERSON |

| In company with (name & address - surname first) |
|---|
| 1. Justin Searcy |
| 2. Carl Barros |
| 3. |

| Outcome: |
|---|
| Seizure ☐  FIO ☑  Other ☐ |

| Comments: |
|---|

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
|  | E13 | 11814 |

| Det. Supervisor/Supervisor | ID # | Date |
|---|---|---|
| STEVEN P MCLAUGHLIN | 9983 | 02-24-2006 |

```
FIO # 262928, Entered by user tranda on 03-09-2006.
Last updated by user tranda on 03-09-2006 16:34
```

# BOSTON POLICE DEPARTMENT
## FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH



Close | Print | PREV | NEXT

ROLE: Check whether: Paroled ☐  Interrogated ☑  Observed ☑  Frisked ☑  Search ☐
Terrorism: YES ☐  NO ☑

| District | Date | Time |
|---|---|---|
| E13 | 02-14-2006 | 20:20 |

**Name (Last, First, Initial)**
Hines, Dominique,

**Address**
106 Heath St

| Alias/Nickname | Location |
|---|---|
| | 279 CENTRE ST |

| Social Security # | Operator's License # | State |
|---|---|---|

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | | | 17 | ███████ | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 5'10 | 150 | Dark | BROWN | BLACK | Yes ☐ No ☐ |

**Scars - Deformities - Peculiarities - Facial Hair**

**Describe Clothing**
Black Coat, Blue Jeans, Black Hoody

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|

| Search | | Basis |
|---|---|---|
| Person ☐ Vehicle ☐ | | PC ☐ RS ☐ CS ☐ |

**Reasons for Original Stop:**
OTHER (SPECIFY): Gang Invest

**Reasons for Interrogation, Observation, Frisk or Search**
INVESTIGATE, PERSON

**In company with (name & address - surname first)**
1. Amos Carrasquillo

2.

3.

**Outcome:**
Seizure ☐  FIO ☑  Other ☐

**Comments:**

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
| | E13 | 80411 |
| Det. Supervisor/Supervisor | ID # | Date |
| JOHN J FITZGERALD | 11683 | 02-14-2006 |

FIO # 262375, Entered by user tranda on 03-01-2006.
Last updated by user tranda on 03-01-2006 13:55

# BOSTON POLICE DEPARTMENT
### FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH

Close | Print | PREV | NEXT

ROLE: Check whether: Paroled ☐ Interrogated ☐ Observed ☐ Frisked ☑ Search ☐
Terrorism: YES ☐ NO ☑

| District | Date | Time |
|---|---|---|
| E13 | 04-07-2006 | 16:50 |

| Name (Last, First, Initial) |
|---|
| HINES, DOMINIQUE, |

| Address |
|---|
| 106 HEATH ST |

| Alias/Nickname | Location |
|---|---|
|  | 279 CENTRE ST |

| Social Security # | Operator's License # | State |
|---|---|---|
|  |  |  |

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) |  | 17 | [redacted] | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 6'01 | 180 | Dark | BROWN | BLACK | Yes ☐ No ☐ |

| Scars - Deformities - Peculiarities - Facial Hair |
|---|
|  |

| Describe Clothing |
|---|
| GRAY SWEATS |

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|
|  |  |  |

| Search | Basis |
|---|---|
| Person ☐ Vehicle ☐ | PC ☐ RS ☐ CS ☐ |

| Reasons for Original Stop: |
|---|
| : |

| Reasons for Interrogation, Observation, Frisk or Search |
|---|
| INVESTIGATE, PERSON |

| In company with (name & address - surname first) |
|---|
| 1. JUARBE, LUIS |
| 2. HORNE, STEPHEN |
| 3. |

| Outcome: |
|---|
| Seizure ☐ FIO ☑ Other ☐ |

| Comments: |
|---|
| HEATH ST ASSOCIATE |

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
|  | E13 | 80411 |

| Det. Supervisor/Supervisor | ID # | Date |
|---|---|---|

| JOHN J FITZGERALD | 11683 | 04-08-2006 |
|---|---|---|
| FIO # 288622, Entered by user faheyje on 10-25-2006. Last updated by user faheyje on 10-25-2006 14:01 |||

# BOSTON POLICE DEPARTMENT
## FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH

Close | Print | PREV | NEXT

**ROLE: Check whether:** Paroled ☐ Interrogated ☑ Observed ☑ Frisked ☑ Search ☐
**Terrorism:** YES ☐ NO ☑

| District | Date | Time |
|---|---|---|
| E13 | 05-07-2006 | 17:00 |

| Name (Last, First, Initial) |
|---|
| HINES, DOMINQUE, |

| Address |
|---|
| 106 HEATH ST |

| Alias/Nickname | Location |
|---|---|
|  | 934 PARKER ST |

| Social Security # | Operator's License # | State |
|---|---|---|
|  |  |  |

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) |  | 17 | ▓▓▓▓ | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 5'11 | 180 |  | HAZEL | BLACK | Yes ☐ No ☐ |

| Scars - Deformities - Peculiarities - Facial Hair |
|---|

| Describe Clothing |
|---|

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|

| Search | Basis |
|---|---|
| Person ☐ Vehicle ☐ | PC ☐ RS ☐ CS ☑ |

| Reasons for Original Stop: |
|---|
| INVESTIGATIVE: |

| Reasons for Interrogation, Observation, Frisk or Search |
|---|
| INVESTIGATE, PERSON |

| In company with (name & address - surname first) |
|---|
| 1.<br>SEARCY, DAWAN<br>BOWMAN, CHARLES |
| 2.<br>HURST, ELMER<br>PERRY, ANTHONY |
| 3.<br>BARROWS, CARL<br>FINCH, JAMES |

| Outcome: |
|---|
| Seizure ☐ FIO ☑ Other ☐ |

| Comments: |
|---|
| INVESTIGATION |

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
|  | E13 | 11950 |

| Det. Supervisor/Supervisor | ID # | Date |
|---|---|---|
| LARRY K VANZANDT | 7916 | 05-09-2006 |
| FIO # 268105, Entered by user dibenelu on 05-09-2006. Last updated by user dibenelu on 05-09-2006 09:32 | | |

# BOSTON POLICE DEPARTMENT
FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH

Close | Print | PREV | NEXT

ROLE: Check whether: Paroled ☐ Interrogated ☐ Observed ☐ Frisked ☑ Search ☐
Terrorism: YES ☐ NO ☑

| District | Date | Time |
|---|---|---|
| E13 | 05-30-2006 | 17:30 |

**Name (Last, First, Initial)**
HINES, DOMINIQUE,

**Address**
106 HEATH ST

| Alias/Nickname | Location |
|---|---|
|  | 10 LAMARTINE ST |

| Social Security # | Operator's License # | State |
|---|---|---|

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) |  | 17 | ▬▬▬ | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 6'01 | 180 | Dark | BROWN | BLACK | Yes ☐ No ☐ |

**Scars - Deformities - Peculiarities - Facial Hair**

**Describe Clothing**
WHITE T SHIRT/GREY SWEATPANTS

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|

| Search | | Basis | | |
|---|---|---|---|---|
| Person ☐ | Vehicle ☐ | PC ☐ | RS ☐ | CS ☐ |

**Reasons for Original Stop:**
INVESTIGATIVE:

**Reasons for Interrogation, Observation, Frisk or Search**
INVESTIGATE, PERSON

**In company with (name & address - surname first)**
1.
DUWAN SEARY

2.
CARL BARROWS

3.

**Outcome:**
Seizure ☐ FIO ☑ Other ☐

**Comments:**
REDZONE/HEATH ASSOCIATE

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
|  | E13 | 11814 |

| Det. Supervisor/Supervisor | ID # | Date |
|---|---|---|

| JOHN J FITZGERALD | 11683 | 05-31-2006 |
|---|---|---|
| FIO # 288647, Entered by user ryanmatt on 10-25-2006.<br>Last updated by user ryanmatt on 10-25-2006 14:39 | | |

# BOSTON POLICE DEPARTMENT
### FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH



Close | Print | PREV | NEXT

**ROLE:** Check whether: Paroled ☐ Interrogated ☐ Observed ☐ Frisked ☑ Search ☐
**Terrorism:** YES ☐ NO ☑

| District | Date | Time |
|---|---|---|
| E13 | 06-06-2006 | 17:10 |

**Name (Last, First, Initial):** Hines, Dominique,

**Address:** 106 Heath st. #171

| Alias/Nickname | Location |
|---|---|
|  | HEATH ST at BROMLEY ST |

| Social Security # | Operator's License # | State |
|---|---|---|
|  |  |  |

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) |  | 17 | ███████ | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 6'00 | 140 | Med | BROWN | BLACK | Yes ☐ No ☐ |

**Scars - Deformities - Peculiarities - Facial Hair**

**Describe Clothing:** blk hoody, grey jeans

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|

| Search | Basis |
|---|---|
| Person ☐ Vehicle ☐ | PC ☐ RS ☐ CS ☐ |

**Reasons for Original Stop:** INVESTIGATIVE:

**Reasons for Interrogation, Observation, Frisk or Search:** INVESTIGATE, PERSON

**In company with (name & address - surname first)**
1. Carl Barrows
2.
3.

**Outcome:**
Seizure ☐ FIO ☐ Other ☑

**Comments:** Heath st. Assoc

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
|  | E13 | 80411 |

| Det. Supervisor/Supervisor | ID # | Date |
|---|---|---|

| JOHN J FITZGERALD | 11683 | 06-06-2006 |
|---|---|---|
| FIO # 271797, Entered by user henderma on 06-10-2006.<br>Last updated by user henderma on 06-10-2006 20:31 | | |

# BOSTON POLICE DEPARTMENT
## FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH

Close | Print | PREV | NEXT

**ROLE:** Check whether: Paroled ☐ Interrogated ☐ Observed ☑ Frisked ☑ Search ☐
**Terrorism:** YES ☐ NO ☑

| District | Date | Time |
|---|---|---|
| E13 | 07-02-2006 | 19:30 |

**Name (Last, First, Initial)**
Hynes, Dominique,

**Address**
106 Heath St

| Alias/Nickname | Location |
|---|---|
|  | 00 HEATH ST |

| Social Security # | Operator's License # | State |
|---|---|---|

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) |  | 17 |  | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 6'01 | 180 |  | BROWN | BLACK | Yes ☐ No ☑ |

**Scars - Deformities - Peculiarities - Facial Hair**

**Describe Clothing**
white t-shirt, blue jeans shorts

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|

**Search**
Person ☐ Vehicle ☐

**Basis**
PC ☐ RS ☐ CS ☐

**Reasons for Original Stop:**
INVESTIGATIVE:

**Reasons for Interrogation, Observation, Frisk or Search**
INVESTIGATE, PREMISES

**In company with (name & address - surname first)**
1. Searcy, Davon
   442 River St. #21

2.

3.

**Outcome:**
Seizure ☐ FIO ☑ Other ☐

**Comments:**
hanging in gang area known gang members

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
|  | E13 | 11054 |
|  | ID # | Date |

| **Det. Supervisor/Supervisor** | 11621 | 07-05-2006 |
|---|---|---|
| FIO # 275794, Entered by user brodermir on 07-16-2006.<br>Last updated by user brodermir on 07-16-2006 09:04 | | |

# BOSTON POLICE DEPARTMENT
## FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH

Close | Print | PREV | NEXT

ROLE: Check whether: Paroled ☐  Interrogated ☐  Observed ☑  Frisked ☑  Search ☐
Terrorism: YES ☐  NO ☑

| District | Date | Time |
|---|---|---|
| E13 | 07-27-2006 | 18:05 |

| Name (Last, First, Initial) |
|---|
| HINES, DOMINIQUE, |

| Address |
|---|
| 100 HEATH ST |

| Alias/Nickname | Location |
|---|---|
| | HEATH ST at BROMLEY ST |

| Social Security # | Operator's License # | State |
|---|---|---|

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) | | 18 | ███ | |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 5'09 | 135 | | BROWN | BLACK | Yes ☐ No ☐ |

| Scars - Deformities - Peculiarities - Facial Hair |
|---|
| |

| Describe Clothing |
|---|
| WHITE T SHIRT, BLUE SHORTS |

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|

| Search | | Basis | | |
|---|---|---|---|---|
| Person ☐  Vehicle ☐ | | PC ☐  RS ☐  CS ☐ | | |

| Reasons for Original Stop: |
|---|
| : |

| Reasons for Interrogation, Observation, Frisk or Search |
|---|
| INVESTIGATE, PERSON |

| In company with (name & address - surname first) |
|---|
| 1. HURST, ELMORE |
| 2. PERRY, ANTHONY |
| 3. GRAY, LAMORY |

| Outcome: |
|---|
| Seizure ☐  FIO ☑  Other ☐ |

| Comments: |
|---|
| HEATH ST ASSOC SAFE NEIGHBORHOOD |

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
| | E13 | 80411 |

| Det. Supervisor/Supervisor | ID # | Date |
|---|---|---|

| STEVEN P MCLAUGHLIN | 9983 | 07-28-2006 |
|---|---|---|
| FIO # 312939, Entered by user faheyje on 03-29-2007.<br>Last updated by user faheyje on 03-29-2007 14:04 | | |

# BOSTON POLICE DEPARTMENT
FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH

Close
Print
PREV
NEXT

ROLE: Check whether: Paroled ☐ Interrogated ☐ Observed ☐ Frisked ☑ Search ☐
Terrorism: YES ○ NO ◉

| District | Date | Time |
|---|---|---|
| E13 | 08-24-2006 | 19:30 |

| Name (Last, First, Initial) |
|---|
| HInes, Dominique, |

| Address |
|---|
| 106 Heath st. #171 |

| Alias/Nickname | Location |
|---|---|
|  | 944 PARKER ST |

| Social Security # | Operator's License # | State |
|---|---|---|

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) |  | 17 | ███ | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 6'01 | 180 | Dark | BROWN | BLACK | Yes ☐ No ☐ |

| Scars - Deformities - Peculiarities - Facial Hair |
|---|

| Describe Clothing |
|---|
| brn hooded sweater, on bicycle |

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|

| Search | Basis |
|---|---|
| Person ☐ Vehicle ☐ | PC ☐ RS ☐ CS ☐ |

| Reasons for Original Stop: |
|---|
| INVESTIGATIVE: |

| Reasons for Interrogation, Observation, Frisk or Search |
|---|
| INVESTIGATE, PERSON |

| In company with (name & address - surname first) |
|---|
| 1. |
| 2. |
| 3. |

| Outcome: |
|---|
| Seizure ☐ FIO ☑ Other ☐ |

| Comments: |
|---|
| Heath st. Associates |

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
|  | E13 | 80411 |

| Det. Supervisor/Supervisor | ID # | Date |
|---|---|---|

| JOHN J FITZGERALD | 11683 | 08-24-2006 |
|---|---|---|
| FIO # 288351, Entered by user henderma on 10-24-2006. Last updated by user henderma on 10-24-2006 18:30 | | |

# BOSTON POLICE DEPARTMENT
### FIELD INTERROGATION/OBSERVATION/FRISK AND/OR SEARCH

Close
Print
PREV
NEXT

ROLE: Check whether: Paroled ☐ Interrogated ☐ Observed ☐ Frisked ☑ Search ☐
Terrorism: YES ☐ NO ☑

| District | Date | Time |
|---|---|---|
| B2 | 10-10-2006 | 11:11 |

| Name (Last, First, Initial) |
|---|
| Hines, Dominique, L |

| Address |
|---|
| 106 Heath St, #171 |

| Alias/Nickname | Location |
|---|---|
|  | EUSTIS ST at ADAMS ST |

| Social Security # | Operator's License # | State |
|---|---|---|
|  |  |  |

| Sex | Race | Ethnicity | Age | D.O.B. | Prior Record |
|---|---|---|---|---|---|
| MALE | B(Black) |  | 17 | ████ | YES |

| Hgt. | Wgt. | Comp. | Eyes | Hair | Glasses |
|---|---|---|---|---|---|
| 5'11 | 160 | Med | BROWN | BLACK | Yes ☐ No ☐ |

| Scars - Deformities - Peculiarities - Facial Hair |
|---|
|  |

| Describe Clothing |
|---|
| Black Hoodie, Blue Jeans, Gray Sneakers |

| Veh. Reg. | State | Make | Year | Body | Color |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Pass. or Driver | Occupation | Where employed or school |
|---|---|---|
|  |  |  |

| Search | Basis |
|---|---|
| Person ☐ Vehicle ☐ | PC ☐ RS ☐ CS ☐ |

| Reasons for Original Stop: |
|---|
| OTHER (SPECIFY):Gang Investigation, Had $500.00 On Person |

| Reasons for Interrogation, Observation, Frisk or Search |
|---|
| INVESTIGATE, PERSON |

| In company with (name & address - surname first) |
|---|
| 1. Curtis Silva |
| 2. Jerome Brody |
| 3. |

| Outcome: |
|---|
| Seizure ☐ FIO ☑ Other ☐ |

| Comments: |
|---|

| Officer Reporting | Dist./Unit | ID # |
|---|---|---|
| SEAN F JOYCE | B2 | 11326 |

| Det. Supervisor/Supervisor | ID # | Date |
|---|---|---|
| GARY J EBLAN | 10531 | 10-18-2006 |

FIO # 287158, Entered by user tranda on 10-19-2006.
Last updated by user tranda on 10-19-2006 09:24